IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSIAH DAVID BETHEL,**

    *Petitioner*,

v.                                Case No.: 4:21cv391-MW/EMT

**RICKY D. DIXON,**

    *Respondent*.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11, and has also reviewed *de novo* Petitioner's objections, ECF No. 12. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 11, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. Respondent's motion to dismiss, ECF No. 8, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's petition for writ of habeas corpus, ECF No. 1, is **DISMISSED with prejudice** as untimely." A certificate of appealability is **DENIED**. The Clerk shall close the

file.

    **SO ORDERED on February 14, 2022.**

                                               <u>**s/Mark E. Walker**</u>
                                               **Chief United States District Judge**